# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CHUTKAN, TANYA S. | UNITED STATES DISTRICT COURT FOIR THE DISTRICT OF COLUMBIA | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT COURT JUDGE | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

333 CONSTITIUTION AVE NW
WASHINGTON DC 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | DISTRICT COURT JUDGE | DISTRICT OF COLUMBIA |
| 2. | Member of the board | Dress for Success |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | USFG | $203,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | DC SUPERIOR COURT - SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. AMERICAN LAW INSTITUTE CONFERENCE | APROX. VALUE OF CONFERENCE | $450.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | TUITION AGREEMENT | K |
| 2. | TUITION | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHUTKAN, TANYA S. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. c Campbell Strategic Allocation Fund LP | A | Distribution | | | Distributed | 12/31/16 | J | | |
| 2. Campbell Strategic Allocation Fund LP | A | Distribution | | | Distributed | 12/31/16 | J | | |
| 3. NDC Enterprise Fund City Center Partners | A | Distribution | | | Distributed | 12/31/16 | J | | |
| 4. NDC Enterprise Fund ___ Warder Street | A | Distribution | K | W | | | | | |
| 5. NDC Enterprise Fund ___ Georgia Avenue | A | Distribution | K | W | | | | | |
| 6. EQUINOX INC REIT | A | Dividend | K | T | Buy | 05/10/16 | K | | |
| 7. HACK PUREFUNDS CYBER FUND | A | Int./Div. | J | T | | | | | |
| 8. PCEIX PACE INTERNATIONAL EQUITY MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 9. PCLCX PACE LARGE CO GROWTH MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 10. PCEIX PACE INTERNATIONAL MUTUAL FUIND | A | Int./Div. | J | T | | | | | |
| 11. PCLVX PACE LARGE CO MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 12. PCSGX PACE MEDIUM SMALL CO GROWTH MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 13. PCSVX PACE SMALL VALUE MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 14. PHYPX PACE HIGH YIELD INVESTMENT CLASS MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 15. PCGLX PACE INTERNATIONAL FIXED INCOME MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 16. PCGTX PACE MORTGAGE BACKED MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 17. PCSIX PACE STRATEGIC FIXED MUTUAL FUND | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHUTKAN, TANYA S. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PASPX PACE ALTERNATIVE MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 19. AI ARLINGTON ASSET INV COMMON STOCK | A | Int./Div. | J | T | | | | | |
| 20. IACLX VOYA CORPORATE LEADERS MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 21. IAGEX VOYA GLOBAL EQUITY DIVIDEND MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 22. IEDAX VOYA LARGE CAP MUTUAL FUND | A | Int./Div. | K | T | | | | | |
| 23. UNITS FT BIOTECHNOLOGY UNIT INVESMENT TRUST | A | Int./Div. | J | T | | | | | |
| 24. IAU I SHARES GOLD ETF | A | Int./Div. | J | T | | | | | |
| 25. SKSRX DEUTSCHE ENHANCED COMMODITY MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 26. HACK PUREFUNDS CYBER FUND | A | Int./Div. | J | T | | | | | |
| 27. PCEXX PACE MONEY MARKET | A | Interest | J | T | | | | | |
| 28. PCEMX INTERNATIONAL EMERGERING MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 29. PCEIX INTERNATIONAL EQUITY MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 30. PCLCX PACE LARGE CO GROWTH MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 31. PCLVX PACE LARGE VALUE MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 32. PCSGX PACE SMALL GROWTH MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 33. PCSVX SMALL VALUE MUTAUL FUND | A | Int./Div. | J | T | | | | | |
| 34. PHYPX PACE HIGH YIELD MUTUAL FUND | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHUTKAN, TANYA S. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PCGLX PACE INTERNATIONAL MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 36. PCGTX PACE MORTGAGE BACKED MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 37. PCSIX PACE FIXED MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 38. PAPSX PACE ALTERNATIVE MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 39. WPC WP CAREY REIT | A | Int./Div. | K | T | | | | | |
| 40. HACK PUREFUNDS CYBER FUNDS | A | Int./Div. | J | T | | | | | |
| 41. CWGIX AMERICAN FUNDS MUTUAL FUNDS | A | Int./Div. | J | T | | | | | |
| 42. FAEGX FIDELITY ADVISOR GROWTH MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 43. VAFAX INVESCO AMERICAN FRANCHISE MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 44. UNITS FT BIOTECHNOLOGY PORTFOLIO SERIES UIT | A | Int./Div. | J | T | | | | | |
| 45. PYICX PIONEER HIGH YIELD MUTUAL FUND | A | Dividend | J | T | | | | | |
| 46. IAU I SHARES GOLD ETF | A | Int./Div. | J | T | | | | | |
| 47. CSCO CISCO COMMON STOCK | A | Dividend | J | T | | | | | |
| 48. KO COCA COLA COMMON STOCK | A | Dividend | J | T | | | | | |
| 49. JNJ JOHNSON AND JOHNSON COMMON STOCK | A | Dividend | J | T | | | | | |
| 50. MSFT MICROSOFT COMMON STOCK | A | Dividend | J | T | | | | | |
| 51. PFE PFIZER COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHUTKAN, TANYA S. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PQNAX ALLIANZ MID CAP MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 53. BMCAX BLACK ROCK MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 54. SGOVX FIRST EAGLE OVERSEAS | A | Int./Div. | K | T | | | | | |
| 55. OAKIX OAKMARK INTL MUTUAL FUND | A | Int./Div. | K | T | | | | | |
| 56. UNITS FT BIOTECHNOLOGY UIT | A | Int./Div. | J | T | | | | | |
| 57. ILLINOIS FIN AUTH REV BOND | A | Interest | K | T | | | | | |
| 58. CALVERT BLALNCED PORTFOLIO MUTUAL FUND DC 529 | A | Int./Div. | L | T | | | | | |
| 59. CALVERT EQUITY FUND DCV 529 | A | Int./Div. | L | T | | | | | |
| 60. STATE STREET EQUITY FUND DC 529 | A | Int./Div. | L | T | | | | | |
| 61. BLACK ROCK LIQUIDITY MUTUAL FUND | A | Int./Div. | K | T | | | | | |
| 62. DC PLUS STABLE VALUE FUND | A | Int./Div. | K | T | | | | | |
| 63. WELLS FARGO CHECKING | A | Interest | K | T | | | | | |
| 64. WELLS FARGO SAVINGS | A | Interest | J | T | | | | | |
| 65. UBS BANK DEPPOSIT ACCOUNT | A | Interest | J | T | | | | | |
| 66. AMERICAN CENRTURY GROWTH FUND | A | Int./Div. | J | T | | | | | |
| 67. AMERICAN FUNDS GROWTH FUND OF AMERICA | A | Int./Div. | K | T | | | | | |
| 68. FIRST EAGLE OVERSEAS FUND | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHUTKAN, TANYA S. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ARIEL FUND | A | Int./Div. | K | T | | | | | |
| 70. BLACK ROCK CORE EQUITY | A | Int./Div. | J | T | | | | | |
| 71. DWS ENHANC ED COMMUNITY STRATEGYFUND | A | Int./Div. | J | T | | | | | |
| 72. JPMORGAN EMERGING ECONOMIES FUND | A | Int./Div. | J | T | | | | | |
| 73. PINEBRIDGE GLOBAL SOCIAL AWARENESS FUND | A | Int./Div. | J | T | | | | | |
| 74. ING CORE EQUITY RESEARCH FUND | A | Int./Div. | K | T | | | | | |
| 75. ING CORPORATE LEADERS 100 FUND | A | Int./Div. | J | T | | | | | |
| 76. ING GLOBAL EQUITY DIVIDEND FUND | A | Int./Div. | J | T | | | | | |
| 77. METLIFE STABLE FUND | A | Int./Div. | J | T | | | | | |
| 78. MFS TOTAL RETURN FUND | A | Int./Div. | J | T | | | | | |
| 79. SSGA CLARION REAL ESTATE FUND | A | Int./Div. | J | T | | | | | |
| 80. SSGA INTERNATIONAL STOCK SELECTION FUND | A | Int./Div. | J | T | | | | | |
| 81. SSGA S AND P 500 INDEX FUND | A | Int./Div. | K | T | | | | | |
| 82. T ROWE PRICE SMALL CAP VALUE FUND | B | Int./Div. | L | T | | | | | |
| 83. VANGUARD WELLINTON FUND | A | Int./Div. | K | T | | | | | |
| 84. VANGUARD WINDSOR II FUND | A | Int./Div. | J | T | | | | | |
| 85. VALIC SCIENCE AND TECHNOLOGY FUND | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHUTKAN, TANYA S. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. VALIC FIXED ACCOUNT PLUS | A | Interest | J | T | | | | | |
| 87. FERXX TAX EXEMPT FUND CA[PITAL RESERVES | A | Interest | J | T | | | | | |
| 88. FPRXX PRIME CAPITAL MONEY MARKET FUND | A | Interest | J | T | | | | | |
| 89. NFO GUGGENHEIM TF INSIDER SENTIMENT ETF | A | Int./Div. | | | Sold | 07/28/16 | K | | |
| 90. COFPRP CAPITAL ONE PREFERRED STOCK | B | Int./Div. | K | T | | | | | |
| 91. FRCPRE FIRST REPUBLIC PREFFERED STOCK | B | Int./Div. | K | T | | | | | |
| 92. HFRZX HIGHLAND FLOATING RATE FUND | A | Int./Div. | J | T | | | | | |
| 93. DIST COLUMBIA REV BOND BDS HOWARD 5.74% 10/1/19 UNIV. SER. 2011B | B | Interest | K | T | | | | | |
| 94. DC HSG FIN AGY 3.35% 12/1/21 MULTIFAMILY HSG REV MULTIFAM BDS | A | Interest | J | T | | | | | |
| 95. PUERTO RICO COMWLTH PUB IMPT REF BDS 45 7/1/22 SER. 2012A | A | Interest | K | T | | | | | |
| 96. AGFZX 361 GLOBAL MANAGEED FUND | A | Dividend | J | T | Buy | 07/14/16 | J | | |
| 97. IBB BIOTECH ETF | A | Int./Div. | K | T | Buy | 01/29/16 | K | | |
| 98. WAVIX LONGBOARD MANAGED FUTURES | A | Int./Div. | | | Sold | 07/26/16 | K | | |
| 99. GPAIX GRANT PARK ALT STRAT | A | Int./Div. | J | T | | | | | |
| 100. BCS Barclays | A | Dividend | J | T | Buy | 06/30/16 | J | | |
| 101. FSIC FS INVESTMENT CORP | A | Dividend | J | T | Buy | 07/26/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. RAVIFLEXSHARES TRUST READY ACCESS VAR | A | Dividend | K | T | Buy | 08/26/16 | K | | |
| 103. XLK TECHNOLOGY ETF | A | Dividend | K | T | Buy | 08/26/16 | K | | |
| 104. SPY S AND P 500 | A | Dividend | L | T | Buy | 06/30/16 | L | | |
| 105. WRREX RESOURCE REAL ESTATE | B | Dividend | K | T | Buy | 09/29/16 | K | | |
| 106. OHIO NATIONAL VA LEGG MASON DYNAMIC MULTI STARTEGY VIT PORTFOLIO | A | Dividend | L | T | Buy | 02/19/16 | L | | |
| 107. OHIO NATIONAL VA TOPS MANAGED RISK MODERATE GROWTH | A | Dividend | L | T | Buy | 02/19/16 | L | | |
| 108. OHIO NATIONAL VA FIDELITY VIP TARGET VOLATILITY PORTFOLIO | A | Dividend | L | T | Buy | 02/19/16 | L | | |
| 109. OHIO NATIONAL VA INTECH US LOW VOLATILITY PORTFOLIO | A | Dividend | L | T | Buy | 02/19/16 | L | | |
| 110. AGFQX 361 GLOBAL COUNTER TREND | A | Dividend | J | T | Buy | 07/14/16 | J | | |
| 111. SPIDER HEALTHCARE | A | Dividend | K | T | Buy | 08/26/16 | K | | |
| 112. SPIDER HEALTH | A | Dividend | | | Sold | 11/28/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHUTKAN, TANYA S. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| CHUTKAN, TANYA S. | 05/15/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ TANYA S. CHUTKAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544